## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER DEWEY,                )
                                  )
            Plaintiff,            )
                                  )
-vs-                              )        NO. CIV-23-1028-HE
                                  )
JACKSON COUNTY SHERIFF'S          )
DEPARTMENT DEPUTIES, et al.,      )
                                  )
            Defendants.           )

## ORDER

Defendants Abel Gonzalez and Stacy Randolph filed a motion to dismiss, or in the alternative, a motion for summary judgment. Plaintiff filed three motions related to discovery and potential evidence. Upon review of the parties' submissions, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation, recommending the court grant defendants' summary judgment motion and deny plaintiff's motions.

Magistrate Judge Stephens advised plaintiff of his right to object to the Report and Recommendation by November 5, 2025. To date, plaintiff has not filed any objection. Plaintiff has therefore waived the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #63]. Defendants Gonzalez and Randolph's motion for summary judgment [Doc. #47] is **GRANTED**. Plaintiff's motions [Doc. Nos. 55, 56, and 57] are **DENIED**.

In light of the court granting summary judgment, defendants Gonzalez and Randolph's motion to dismiss [Doc. #47] is **STRICKEN** as **MOOT**.

Judgment will be entered by separate order.

**IT IS SO ORDERED**.

Dated this 20th day of November, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE